AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DANCKS, THERESE W. | 2. Court or Organization<br><br>NDNY DISTRICT COURT-SYRACUSE | 3. Date of Report<br><br>09/24/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE (FT) | 5a. Report Type (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>100 S. CLINTON STREET<br>SYRACUSE, NY 13261 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR, BEGINNING 7/1/2013 | VOLUNTEER LAWYERS PROJECT, INC. |
| 2. | DIRECTOR | ONEIDA LAKE ASSOCIATION |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 09/24/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 09/24/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 09/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. KRAUSHAAR; PERSONAL NOTE | C | Interest | K | T | | | | | |
| 2. KEY BANK ACCOUNT | A | Interest | N | T | | | | | |
| 3. ONEIDA SAVINGS ACCOUNT 1 | A | Interest | M | T | | | | | |
| 4. ONEIDA SAVINGS ACCOUNT 2 | A | Interest | J | T | | | | | |
| 5. FIDELITY INVESTMENTS: | | | | | | | | | |
| 6. -HEWLETT-PACKARD CO DE | | None | | | Sold | 03/25/13 | J | | |
| 7. -ORACLE CORPORATION | A | Distribution | | | Sold | 03/25/13 | J | A | |
| 8. -PETROLEO BRASILEIRO | | None | | | Sold | 03/25/13 | J | | |
| 9. -QUALCOMM INC | D | Distribution | | | Sold | 03/25/13 | J | D | |
| 10. -FIDELITY NY MUNI MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 11. -FIRST TR EXCHANGE TRADED FD II | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 12. -GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 13. -ISHARES LATIN AMERICA 40 ETF | B | Dividend | K | T | Buy | 03/28/13 | K | | |
| 14. -ISHARES MSCI EMERGING MARKETS ETF | B | Dividend | K | T | Buy | 03/28/13 | K | | |
| 15. -ISHARES MSCI PACIFIC EX JAPAN ETF | C | Dividend | L | T | Buy | 03/28/13 | L | | |
| 16. -ISHARES NASDAQ BIOTECHNOLOGY | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 17. -ISHARES NEW YORK AMT-FREE MUNI | A | Dividend | K | T | Buy | 03/28/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 09/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ISHARES 2015 AMT-FREE MUNI TERM ETF | A | Int./Div. | K | T | Buy | 03/28/13 | K | | |
| 19. -OPPENHEIMER ROCHESTER MUNI CL C | A | Int./Div. | J | T | | | | | |
| 20. -VANGUARD INTL EQUITY INDEX FDS | D | Int./Div. | K | T | Buy | 03/28/13 | J | | |
| 21. RBC INVESTMENTS: | | | | | | | | | |
| 22. -GENERAL ELECTRIC | A | Dividend | | | Merged (with line 12) | 03/25/13 | J | | |
| 23. -HEWLETT PACKARD CO | A | Dividend | | | Merged (with line 6) | 03/25/13 | J | | |
| 24. -ROCHESTER FUNDS MUNICIPALS INC-CL C | | None | | | Merged (with line 19) | 03/25/13 | J | | |
| 25. -PRIME MONEY MARKET FUND RBC INVESTOR CLASS | A | Dividend | | | Merged (with line 10) | 03/25/13 | J | | |
| 26. -QUALCOMM INC. | A | Dividend | | | Merged (with line 9) | 03/25/13 | J | | |
| 27. -ORACLE CORP | | None | | | Merged (with line 7) | 03/25/13 | J | | |
| 28. -PETROLEO BRASILILEIRO SA PETROBRAS SPONSORED ADR | | None | | | Merged (with line 8) | 03/25/13 | J | | |
| 29. U.S. SAVINGS BONDS | D | Interest | | | Matured | 01/10/13 | J | | |
| 30. FIDELITY IRA: | | | | | | | | | |
| 31. -FIDELITY CAPITAL & INCOME | E | Distribution | | | Sold | 03/26/13 | K | E | |
| 32. -FIDELITY GROWTH STRATEGIES FUND | | None | | | Sold | 03/26/13 | K | | |
| 33. -FIDELITY CASH RESERVES | A | Dividend | K | T | | | | | |
| 34. -FIRST TR LARGE CAP VALUE OPPORTUNITIES | A | Dividend | K | T | Buy | 05/28/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 09/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -FIRST TRUST PORTFOLIOS LARGE CAP GROWTH | A | Dividend | L | T | Buy | 05/28/13 | K | | |
| 36. -ISHARES MSCI AUSTRALIA ETF | A | Dividend | J | T | Buy | 05/28/13 | J | | |
| 37. -ISHARES MSCI BRAZIL ETF | A | Dividend | K | T | Buy | 05/28/13 | K | | |
| 38. -ISHARES TIPS BOND ETF | A | Dividend | L | T | Buy | 05/28/13 | L | | |
| 39. -ISHARES MSCI EMERGING MARKETS ETF | A | Dividend | J | T | Buy | 05/28/13 | J | | |
| 40. -ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | L | T | Buy | 05/28/13 | L | | |
| 41. -ISHARES S&P MID CAP 400 VALUE ETF | A | Dividend | L | T | Buy | 05/28/13 | L | | |
| 42. -ISHARES US FINANCIALS ETF | A | Dividend | K | T | Buy | 05/28/13 | K | | |
| 43. -ISHARES IBOXX HIGH YIELD CORPORATE BOND | B | Dividend | K | T | Buy | 03/28/13 | K | | |
| 44. -ISHARES IBOXX HIGH YIELD CORPORATE BOND | A | Dividend | K | T | Buy (add'l) | 05/28/13 | J | | |
| 45. -ISHARES US PREFERRED STOCK ETF | A | Dividend | J | T | Buy | 05/28/13 | J | | |
| 46. -SPDR SER TR BARCLAYS HIGH YIELD BD ETF | B | Dividend | K | T | Buy | 05/28/13 | K | | |
| 47. -SPDR SER TR DB INTL GOVT INFLATION | A | Dividend | K | T | Buy | 05/28/13 | K | | |
| 48. -SPDR SER TR DJ WILSHIRE REIT ETF | A | Dividend | J | T | Buy | 03/28/13 | K | | |
| 49. -VANGUARD INDEX FDS VANGUARD SMALL CAP VALUE | B | Dividend | L | T | Buy | 05/28/13 | L | | |
| 50. -VANGUARD INDEX FDS VANGUARD SMALL CAP GROWTH | A | Dividend | L | T | Buy | 05/28/13 | L | | |
| 51. -VANGUARD INDEX FDS VANGUARD GROWTH | A | Dividend | K | T | Buy | 05/28/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 09/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VANGUARD INDEX FDS VANGUARD VALUE VIPERS | A | Dividend | J | T | Buy | 05/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DANCKS, THERESE W. | 09/24/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Please note that while Therese Dancks is no longer a Trustee for the Gale & Dancks, LLC Profit Sharing Plan, she rolled her retirement account into the Fidelity IRA on 5/21/13. The money from the rollover was used to purchase the securities listed and dated on 5/28/13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ THERESE W. DANCKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544